IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                  September 21, 1999

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

LUIS RIVAS-ADORNO, et al

vs                                                          CIVIL 98-2389CCC

MUNICIPALITY OF VEGA ALTA

By order of the Court, the Motion Extension of Time to File Dispositive Motion (**docket entry 12**) is GRANTED. Parties to be notified.

*signature* - Secretary

s/c *signatures*

SEP 2 2 1999

RECD. | TO JUDGE
SEP 2 2 1999