IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              November 8, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS RIVAS-ADORNO, et al

vs                                                  CIVIL 98-2389CCC

MUNICIPALITY OF VEGA ALTA

By order of the Court, the Motion for Leave to file Translation (**docket entry 16**) is GRANTED.

Plaintiffs shall file their overdue opposition to the Motion for Summary Judgment (**docket entry 15**) within the final term of fifteen (15) days after notice.

Plaintiffs have disregarded the Motion to Quash Subpoena filed by the Secretary of Labor of the Commonwealth of Puerto Rico on October 1, 1999 (**docket entry 14**). Failure to oppose the same within ten (10) days after notice will result in the automatic quashing of the subpoena duces tecum issued on September 14, 1999. Parties to be notified.

s/c: J. Hallart
     A. Luciano
     M. Rodriguez
     Nov 1 - 1999

- Secretary