IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                           February 8, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS RIVAS-ADORNO, et al

vs                                                CIVIL 98-2389CCC

MUNICIPALITY OF VEGA ALTA

The Court having considered plaintiffs' Motion Under Local Rule 108.1 (**docket entry 18**), the same is GRANTED. An English translation shall be filed within thirty (30) days after notice. Parties to be notified.

*/m/L* - Secretary


