IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                    February 18, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS RIVAS-ADORNO, et al

vs                                                         CIVIL 98-2389CCC

MUNICIPALITY OF VEGA ALTA

At the pretrial conference held on this date present were: Michelle Pirallo and José Gallart, counsel for plaintiffs, and Arturo Luciano-Delgado counsel for defendant.

Approval of the Joint Proposed Pretrial Order (docket entry 22) is held in abeyance until **settlement conference of April 27, 2000 at 4:15 PM** is held. The Court will rule on pending motion for summary judgment within two weeks of today. Parties to be notified.

                                                        ⌐ - Secretary

s/c: J. Gallart
     A. Luciano
     M. Rodriguez

     2-23-00