IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              April 28, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


LUIS RIVAS-ADORNO, et al

vs                                                  CIVIL 98-2389CCC

MUNICIPALITY OF VEGA ALTA


By order of the Court, the Motion in Compliance with Local Rule 108(1) (**docket entry 24**) is NOTED. The docket shall so reflect.

                                            *hmL* - Secretary