IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              April 28, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS RIVAS-ADORNO, et al

vs                                                  CIVIL 98-2389CCC

MUNICIPALITY OF VEGA ALTA

A settlement conference was held on April 27, 2000. Present were: Michelle Pirallo and José Gallart, counsel for plaintiffs, and Arturo Luciano-Delgado counsel for defendant.

The parties' respective positions were extensively discussed. **Further settlement conference rescheduled in chambers for May 11, 2000 at 4:45 PM. Trial setting remains as scheduled for May 25, 2000.** Parties to be notified.

*/s/* - Secretary