IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS RIVAS-ADORNO and ANA
ADORNO-ADORNO and the conjugal
partnership composed by them

Plaintiffs

vs                                           CIVIL 98-2389CCC

MUNICIPALITY OF VEGA ALTA

Defendant

# ORDER

Having considered the Motion for Summary Judgment filed by defendant on October 8, 1999 (**docket entry 15**) and plaintiffs' Opposition (**docket entry 17**) as well as the exhibits attached by the parties in support of their respective positions, the Motion for Summary Judgment is DENIED. The **settlement conference will be held as scheduled on April 27, 2000 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on April 26, 2000.

CARMEN CONSUELO CEREZO
United States District Judge