IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                May 15, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS RIVAS-ADORNO, et al

vs                                                    CIVIL 98-2389CCC

MUNICIPALITY OF VEGA ALTA

    By order of the Court, the Motion to Quash Subpoena (**docket entry 14**) is MOOT. The docket shall so reflect.

                                                                                ml - Secretary

s/c  G. Hallart
     A. Luciano
     M. Rodriguez
                 5-16-00