## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                  May 15, 2000


**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge


LUIS RIVAS-ADORNO, et al

vs                                                 CIVIL 98-2389CCC

MUNICIPALITY OF VEGA ALTA


A further settlement conference was held on May 11, 2000. Present were: Michelle Pirallo and José Gallart, counsel for plaintiffs, and Arturo Luciano-Delgado counsel for defendant.

Counsel for plaintiff Michelle Pirallo informed on May 12, 2000 over the telephone that this case has been settled for $32,000. The parties are granted ten (10) days to file settlement papers. **Trial set for May 25, 2000 is VACATED.** Parties to be notified.


                                                   ـٮٮٮ - Secretary