IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    June 6, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


LUIS RIVAS-ADORNO, et al

vs                                        CIVIL 98-2389CCC

MUNICIPALITY OF VEGA ALTA


By order of the Court, the Motion Requesting Extension of Time to File Settlement Documents (**docket entry 30**) is GRANTED, settlement papers shall be filed by June 30, 2000. Parties to be notified.

                                          /m/ - Secretary

s/c: J Hallart
     A Luciano
     M. Rodriguez

JUN - 8 2000