IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS RIVAS ADORNO AND ANA
ADORNO ADORNO AND THE
CONJUGAL PARTNERSHIP COMPOSED
BY THEM

Plaintiffs

vs.

MUNICIPALITY OF VEGA ALTA

Defendant

ENTERED ON DOCKET
JUL 1 3 2000
PURSUANT
TO FRCP RULES 58 & 79a

CIVIL NO. 98-2389CCC

## JUDGMENT

Having considered the Settlement Agreement filed on July 3, 2000 (docket entry 32, Exhibit A), which is APPROVED, judgment is hereby entered DISMISSING this action, with prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on July 10, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c Hallart
Luciano
Rodriguez

JUL 1 3 2000

AO 72A
(Rev.8/82)